# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES IRELAND, | |
| Plaintiff, | Case No. 2:15-CV-01284-KJD-VCF |
| v. | **ORDER** |
| CAROLYN W. COLVIN, *acting Commissioner of the Social Security Administration,* | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#19) of Magistrate Judge Cam Ferenbach entered January 5, 2016, recommending that Plaintiff's Motion to Remand or for Reversal (#15) be denied and that the Cross-motion to Affirm (#16) be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#19) of the United States Magistrate Judge entered January 5, 2016, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#19) entered January 5, 2016, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

DATED this 18th day of May 2016.

_____
Kent J. Dawson
United States District Judge

2